Hal Taylor, Esq.
Of Counsel, Olinsky Law Group
NV Bar No.: 4399
2551 West Lakeridge Shores
Reno, NV 89519
Tel: (775) 825-2223
Fax: (775) 329-1113
Email: HalTaylorLawyer@gbis.com

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Susanne Mancinelli, | )<br>) |
| Plaintiff, | ) CASE NO.<br>) 3:21-cv-00273-WGC |
| v. | )<br>) **CONSENT MOTION** |
| | ) **FOR EXTENSION OF TIME TO FILE** |
| KILOLO KIJAKAZI[1], | ) **PLAINTIFF'S BRIEF** |
| COMMISSIONER OF SOCIAL SECURITY, | )<br>) |
| Defendant. | )<br>) |

Plaintiff, by their attorney, moves for a 61 day extension of time to file Plaintiff's Opening Brief. Plaintiff's opening brief is currently due to be filed January 12, 2022.

Due to the backlog of transcripts created by COVID-19 and the Commissioner's response, the Commissioner is able to produce records at a rapid pace. As a result, this has caused multiple, simultaneous filing deadlines that cannot be met by Plaintiff's Counsel.

Wherefore, Plaintiff requests an extension from January 12, 2022 up to and including March 14, 2022 to file their brief. Counsel for the Plaintiff has conferred with Defendant's

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on 7/9/2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted for Andrew Saul as the Defendant in this suit.

1

Counsel who kindly consents to this request.

Dated: January 5, 2022.

        Respectfully submitted,

        */s/Hal Taylor*
        Hal Taylor, Esq.
        Of Counsel, Olinsky Law Group
        NV Bar No.: 4399
        Tel: (775) 825-2223
        HalTaylorLawyer@GBIS.com

IT IS SO ORDERED.

DATED: January 6, 2022.

*William G. Cobb*
_____
UNITED STATES MAGISTRATE JUDGE