Hal Taylor, Esq.
Of Counsel, Olinsky Law Group
NV Bar No.: 4399
2551 West Lakeridge Shores
Reno, NV 89519
Tel: (775) 825-2223
Fax: (775) 329-1113
Email: HalTaylorLawyer@gbis.com

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SUSANNE MANCINELLI, | 3:21-cv-00273-CSD |
| Plaintiff, | CASE NO. |
| v. | **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S BRIEF** |
| KILOLO KIJAKAZI, COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Plaintiff, Susanne Mancinelli, by her attorney, Hal Taylor, Esq., Of Counsel, Olinsky Law Group, hereby moves for a one (1) day extension of time to file Plaintiff's Opening Brief. Plaintiff's opening brief is currently due to be filed April 14, 2022.

Due to an error, Plaintiff's brief was completed earlier this week, but was not filed. Counsel recognized the error this morning, and requests this extension up to today, April 14, 2022 to file her brief. Counsel for the Plaintiff has conferred with Defendant's Counsel who kindly consents to this request.

Dated this April 14, 2022.

Respectfully submitted,

*/s/Hal Taylor*
Hal Taylor, Esq.

1

Of Counsel, Olinsky Law Group
NV Bar No.: 4399
2551 West Lakeridge Shores
Reno, NV 89519
Tel: (775) 825-2223
Fax: (775) 329-1113
HalTaylorLawyer@GBIS.com

IT IS SO ORDERED.

DATED:  April 15, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

2